IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

FLOWVENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-310-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____      5/9/12
Peter Oppeneer, Clerk of Court        Date